**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ANDRES BAIN,
Agency No.: A087-397-397,**

    **Petitioner,**

vs.                                                Case No. 4:11cv12-MP/WCS

**ERIC H. HOLDER, JR., et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241[1] on January 11, 2011. Doc. 1. An order was entered directing service of the petition on February 16, 2011. Doc. 4. On March 10, 2011, Respondents filed a motion to dismiss asserting that this case is moot because Petitioner was "released from the custody of Immigration and Customs Enforecement (ICE) on January 11, 2011." Doc. 12, p. 1. The motion to dismiss states that Petitioner was released under

---

[1] Petitioner contends that Respondents are unable to effect his removal, yet refuse to release him. *Id.*, at 2. Petitioner, who is a native of the Bahamas, is not challenging the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 1-2.

an order of supervision because "the government of the Bahamas declined to issue Petitioner travel documents." Doc. 12, p. 2; *see also* Exhibit 1.

Because Petitioner has been afforded the relief he sought, release from detention, this § 2241 petition should be dismissed as moot. Furthermore, the docket reveals that mail to Petitioner has already been returned as undeliverable because Petitioner is no longer in detention. Doc. 7. Because Petitioner has not filed a notice of change of address with this Court, it also appears that Petitioner has abandoned this litigation in light of the fact that there is no longer a controversy between the parties.

In light of the uncontested assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Andres Bain be **DISMISSED as moot** since he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on March 14, 2011.

   s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**