IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRES BAIN,

    Petitioner,

v.                                                      CASE NO. 4:11-cv-00012-MP -WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER, JR, JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that this petition be denied as moot. The time for filing objections has passed, and none have been filed. The Court agrees that because the Petitioner has been released, this matter has become moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This petition is denied and the Clerk is directed to close the file.

**DONE AND ORDERED** this *15th* day of April, 2011

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge